**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DOMICIANO REDONDO,

    Plaintiff,

v.                                                Case No. 6:17-cv-55-Orl-37TBS

JACK PARKER; WAYNE S. STEIN; and
JAMES H. RICHEY,

    Defendants.

**ORDER**

This cause is before the Court on the following:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 3), filed January 17, 2017; and

2. Plaintiff's Notice of Appeal (Doc. 6), which the Court construes as an objection to U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation, filed January 30, 2017.

**BACKGROUND**

Plaintiff—proceeding *pro se*—initiated this action for suppression of his rights of free speech and to petition the government against Defendants, who are employed at the Eastern Florida State College ("**College**"), for implementing a time restrictive policy of the College's library computers ("**Computer Policy**"). (*See* Doc. 1.) Along with his Complaint, Plaintiff moved to proceed *in forma pauperis*. (Doc. 2 ("**IFP Motion**").) On referral, U.S. Magistrate Judge Thomas B. Smith issued a Report, recommending that the Court deny the IFP Motion and dismiss the Complaint without prejudice. (Doc. 3 ("**R&R**").) On January 30, 2017, Plaintiff filed a document titled "Notice of Appeal" with the Court.

(Doc. 6 ("**Filing**").) But Plaintiff cannot directly appeal the R&R to the U.S. Court of Appeals for the Eleventh Circuit as the R&R is not itself a final and appealable order. *See Perez-Prigeo v. Alachua Cty. Clerk of Court*, 148 F.3d 1272, 1273 (11th Cir. 1998). Hence the Court will construe the Filing as an objection to Magistrate Judge Smith's R&R.

When a party objects to a magistrate judge's findings, the district court must "make a de novo determination of those portions of the report . . . to which objection is made." 28 U.S.C. § 636(b)(1). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The district court must consider the record and factual issues based on the record independent of the magistrate judge's report. *Ernest S. ex rel. Jeffrey S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990).

In his R&R, Magistrate Judge Smith found that: (1) the Complaint is a reiteration of Plaintiff's earlier lawsuit against the College, (*see* Case No. 6:15-cv-1818-40-DAB ("*Redondo I*")); (2) although Plaintiff avers that he is suing Defendants as individuals, it is apparent from the Complaint that Plaintiff is suing Defendants in their official capacities; and (3) because the facts here are identical to *Redondo I*, the doctrine of sovereign immunity is equally applicable to Defendants. (Doc. 3, pp. 5–6.) In his Filing, Plaintiff represents that he is appealing the recommendations in the R&R but states no further grounds for his objection. (*See* Doc. 6.)

Having conducted an independent, de novo review of the entire record and the record in *Redondo I*, the Court agrees with Magistrate Judge Smith's findings and recommendations. Indeed, Plaintiff has brought a nearly identical suit against the College once before. (Compare *Redondo I*, Doc. 8, *with* Doc. 1.) Plaintiff cannot now do an

end-run around the Eleventh Amendment by styling his Complaint as one against Defendants in their individual capacity. Especially here, where Plaintiff has repurposed the same facts from *Redondo I*, making clear that Defendants are being sued in their official capacities. (*See* Doc. 1, ¶¶ 17, 20, 21.)

In light of the foregoing, the Court finds that Plaintiff's Filing—which the Court construes as Plaintiff's objection to the R&R—is due to be overruled, the R&R is due to be adopted, and the Complaint is due to be dismissed with prejudice as amendment would be futile.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Notice of Appeal (Doc. 6), which the Court construes as an objection to U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation is **OVERRULED**.
2. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 3) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.
3. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.
4. Plaintiff's Motion for Recusal (Doc. 7) is **DENIED AS MOOT**.
5. The Clerk is **DIRECTED** to close the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 6, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

*Pro Se* Party